UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARC RASHAND GUYTON                                       CIVIL ACTION

VERSUS                                                    NUMBER: 15-1884

ST. BERNARD PARISH PRISON, ET AL.                         SECTION: "S"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 28th day of October, 2015.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE